HUGO ZIMMERN and BERTHA ZIMMERN, Respondents, *v.* N. V. NEDERLANDSCH AMERIKAANSCHE STOOMVAART MAATSCHAPPIJ, Also Known as HOLLAND AMERICA LINE, Appellant.[*]

Supreme Court, Appellate Term, First Department, May 28, 1941.

---

[*] See *Kassel* v. *N. V. Nederlandsch Amerikaansche, etc.* (177 Misc. 92).

*Burlingham, Veeder, Clark & Hupper* [*Edward L. Smith* of counsel], for the appellant.

*Samuel A. Reinach, Jr.* [*Julius Roth* of counsel], for the respondents.

PER CURIAM. As the deposit with the defendant was made in Germany in reichsmarks restricted by German law and the contract, and the only refund thereunder which plaintiffs can collect is in reichsmarks similarly restricted, which must be repaid in a Jewish Auswanderer blocked account in Germany, having no market value here, plaintiffs were not entitled to judgment against defendant in dollars.

Judgment reversed, with thirty dollars costs, and complaint dismissed on the merits, with costs.

HAMMER and McLAUGHLIN, JJ., concur; SHIENTAG, J., concurs in result.